IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROSALYN LITHA CAFFEY, | )<br>) |
| Plaintiff, | )<br>) |
| | ) No. 3:15-cv-00365 |
| v. | ) Senior Judge Haynes<br>) |
| NATIONSTAR MORTGAGE LLC, et al. | )<br>) |
| Defendants. | ) |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 91) recommending that Plaintiff's motion for temporary injunction against Defendant Nationstar Mortgage, LLC, foreclosing on Plaintiff Caffey for not paying Plaintiff Caffey's mortgage payment (Docket Entry No. 88) be denied. Parties have not filed objections to the Report and Recommendation.

Plaintiff did not file a supporting memorandum as required by Local Rule 7.01(a). Plaintiff did not explain how she meets the requirements for injunctive relief.

Upon de novo review of the Report and Recommendation, the Court **ADOPTS** the Report and Recommendation and Plaintiff's motion (Docket Entry No. 88) is **DENIED**.

It is so **ORDERED**.

ENTERED this the ___ day of November, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge