UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROSALYN LITHA CAFFEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3-15-0365 |
| v. ) | Senior Judge Haynes |
| ) | |
| NATIONSTAR MORTGAGE, LLC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Report and Recommendation is **ADOPTED in part** and **SET ASIDE in part**, Defendants' joint motion to dismiss for lack of personal and subject matter jurisdiction (Docket Entry No. 41) is **DENIED** and Defendants Allstate Insurance Company's and Allstate Corporation's supplemental motion to dismiss and motion to transfer venue (Docket Entry No. 64) is **GRANTED in part** and **DENIED in part.** All pending motions are **DENIED without prejudice as moot**. The Clerk is directed to **TRANSFER** this action to the Northern District of Georgia at Atlanta.

It is so **ORDERED**.

ENTERED this the 16th day of March, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge